NEM:KCB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

LUIS ALONSO TIGASI ONA,

          Defendant.

------------------------------X

REMOVAL TO THE DISTRICT
OF ARIZONA
(Fed. R. Crim. P. 5)

Case No. 25-MJ-225

EASTERN DISTRICT OF NEW YORK, SS:

      Joshua Croft, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

      On or about March 7, 2025, the United States District Court for the District of Arizona issued an arrest warrant commanding the arrest of LUIS ALONSO TIGASI ONA for improper entry by an alien, in violation of Title 8, United States Code, Section 1325(a)(1).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.    On or about March 7, 2025, the Honorable John Z. Boyle, United States Magistrate Judge for the United States District Court for the District of Arizona, signed a criminal complaint (the "Complaint") charging the defendant LUIS ALONSO TIGASI ONA with violating

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien). A true and correct copy of the Complaint is attached as Exhibit A.

2. In connection with the Complaint, on or about March 7, 2025, the United States District Court for the District of Arizona issued a warrant for the arrest of the defendant LUIS ALONSO TIGASI ONA (the "Warrant"). A true and correct copy of the Warrant is attached as Exhibit B.

3. On or about July 2, 2025, the defendant LUIS ALONSO TIGASI ONA was arrested by law enforcement pursuant to the Warrant at his residence in Jackson Heights, Queens, New York.

4. At the time of his arrest on July 2, 2025, the defendant LUIS ALONSO TIGASI ONA had in his possession a New York State identification card, and had in his residence an Ecuadorian passport, both of which listed the same name and date of birth as the LUIS ALONSO TIGASI ONA who is wanted in the District of Arizona. At the time of his arrest on July 2, 2025, the defendant also provided law enforcement the same name and date of birth as the LUIS ALONSO TIGASI ONA who is wanted in the District of Arizona.

5. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the LUIS ALONSO TIGASI ONA who is wanted in the District of Arizona.

WHEREFORE, your deponent respectfully requests that the defendant LUIS ALONSO TIGASI ONA be removed to the District of Arizona so that he may be dealt with according to law.

_____
Joshua Croft
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
___ day of July, 2025

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 91 (Rev. 11/11) Criminal Complaint

DOA: WARRANT REQUESTED

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | MJ 25-8199 |
| v. | ) | |
| Luis Alonso TIGASI ONA | ) | Case No. |
| A # 246 618 541 | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am Special Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: AUSA Rachel E. Nava. *REN*

☒ Continued on the attached sheet.

*Carlos Silva*
Complainant's signature

Special Agent Carlos Silva
Homeland Security Investigation
Printed name and title

Sworn to telephonically.

Date: March 7, 2025

Judge's signature

JOHN Z. BOYLE
United States Magistrate Judge
Printed name and title

City and state: Phoenix, Arizona

## ATTACHMENT A

## Count 1

On or about February 14, 2023, at or near San Luis, Arizona, in the District of Arizona, Luis Alonso TIGASI ONA, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien), a Class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Carlos Silva, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent. I have learned the facts recited herein from the reports and communications of other agents and officers.

2. On or about February 14, 2023, Luis Alonso TIGASI ONA was apprehended by Border Patrol agents near San Luis, Arizona, in Yuma County, in the District of Arizona. The agents performed an immigration inspection on Luis Alonso TIGASI ONA, who admitted to being a citizen and being a national of Ecuador, unlawfully present in the United States. Luis Alonso TIGASI ONA was transported to the Yuma, Arizona Border Patrol Station for further processing. Luis Alonso TIGASI ONA was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration checks revealed Luis Alonso TIGASI ONA to be a citizen of Ecuador. There is no record of Luis Alonso TIGASI ONA in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to enter, pass through, or remain in the United States.

4. Furthermore, there is no record of Luis Alonso TIGASI ONA in any Department of Homeland Security database to suggest that he entered the United States at an official Port of Entry. Had Luis Alonso TIGASI ONA presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Luis Alonso TIGASI ONA unlawfully entered

the United States at a time or place other than as designated by Immigration Officers of the United States of America. Luis Alonso TIGASI ONA's immigration history was checked by electronic fingerprint comparison. Luis Alonso TIGASI ONA has no criminal history.

5. On or about February 16, 2023, Luis Alonso TIGASI ONA was administratively processed by Border Patrol Agents in Yuma, Arizona. On or about February 16, 2023, Luis Alonso TIGASI ONA admitted that he illegally entered the United States at or near San Luis, Arizona on or about February 14, 2023, without inspection by immigration officials.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about February 14, 2023, Luis Alonso TIGASI ONA, an alien, was found in the United States at or near San Luis, Arizona, in the District of Arizona, and not having obtained the express consent of the Secretary of the Department of Homeland Security to apply for admission to the United States, and on or about February 14, 2023, at or near San Luis, Arizona, in the District of Arizona, Luis Alonso TIGASI ONA, an alien, unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien).

7. Based on the policies in place at the time of Luis Alonso TIGASI ONA's administrative arrest, he was released into the community pending immigration proceedings. It is believed that Luis Alonso TIGASI ONA is currently living in New York. A warrant will be sought to effectuate his arrest for this violation.

8. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien).

CARLOS M SILVA
Digitally signed by CARLOS M SILVA
Date: 2025.03.07 17:03:11 -07'00'

Carlos Silva
Homeland Security Investigations
Special Agent

Sworn to telephonically on
March 7, 2025

JOHN Z. BOYLE
United States Magistrate Judge

5

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
LUIS ALONSO TIGASI ONA

)
)
)
)
)
)
)

Case No. MJ 25-8199

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LUIS ALONSO TIGASI ONA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition   Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor

Date: 3-7-25

*Issuing officer's signature*

City and state: Phoenix, Arizona

John Boyle US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: LUIS ALONSO TIGASI ONA
Known aliases: N/A
Last known residence: ███
Prior addresses to which defendant/offender may still have ties: Unknown

Last known employment: Unknown
Last known telephone numbers: ███
Place of birth: ECUADOR
Date of birth: ███
Social Security number:
Height: ███     Weight: ███
Sex: ███     Race: ███
Hair: ███     Eyes: ███
Scars, tattoos, other distinguishing marks: ███

History of violence, weapons, drug use: ███

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: ███
Complete description of auto:

Investigative agency and address: U.S. Department of Homeland Security - Phoenix
14641 N 74th St.
Scottsdale, Arizona  85260
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: